# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  08-cr-00198-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CHRISTOPHER B. WATTS,

    Defendant.

## MINUTE ORDER[1]

    At the request of counsel, the time of the sentencing hearing set for December 3, 2009, is **RESET** to 1:30 p.m.

    Dated:  October 22, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.