# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00198-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CHRISTOPHER B. WATTS,

      Defendant.

## MINUTE ORDER[1]

On December 7, 2009, the court conducted a telephonic setting conference. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

That a one-hour Sentencing Hearing is set for **March 5, 2010**, at 1:30 p.m. at which time counsel and the defendant shall appear without further notice or order by the court.

Dated: December 7, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.